MDR

WO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

David A. Jackson-Mackay,

                   Petitioner,

v.

Jason Gunther,

                   Respondent.

No.    CV-25-02103-PHX-JAT (ASB)

**ORDER**

Self-represented Petitioner David A. Jackson-Mackay, who is confined in the Federal Correctional Institution-Phoenix (FCI-Phoenix), filed a Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) but did not pay the filing fee or file an Application to Proceed In Forma Pauperis.  After the Court noted this deficiency and gave Petitioner an opportunity to remedy it, Petitioner filed an Application to Proceed In Forma Pauperis (Doc. 4).  The Court will grant the Application to Proceed and require Respondent to answer the Petition.

## I.    Application to Proceed In Forma Pauperis

Although Petitioner used the court-approved form, the "Certificate of Correctional Official as to Status of Applicant's Trust Account" section has not been completed. However, Petitioner submitted a Declaration (Doc. 4 at 3-4), under penalty of perjury, declaring he contacted five members of FCI-Phoenix's staff, but they would not complete the required portion of the Application and "insisted that if the Court wanted the form to

be completed by them, then 'the Court can order us to do so.'"  In the Declaration, Petitioner contends his inmate trust account balance is less than $25.00.

The Court, in its discretion, will grant Petitioner's Application to Proceed In Forma Pauperi*s*.  *See* LRCiv 3.5(c).  In addition, the Court will require Respondent to provide a copy of Petitioner's current trust account balance.

**II.    Petition**

In his Petition, Petitioner names Jason Gunther as Respondent and raises one ground for relief, claiming he was denied adequate due process protections during institutional disciplinary proceedings.  Petitioner asserts he exhausted his administrative remedies regarding this issue.  The Court will require Respondent to answer the Petition.

**III.    Warnings**

**A.    Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure.  Petitioner must not include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal of this action.

**B.    Copies**

Petitioner must serve Respondent, or counsel if an appearance has been entered, a copy of every document he files. Fed. R. Civ. P. 5(a).  Each filing must include a certificate stating that a copy of the filing was served.  Fed. R. Civ. P. 5(d).  Also, Petitioner must submit an additional copy of every filing for use by the Court.  LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice to Petitioner.

**C.    Possible Dismissal**

If Petitioner fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

. . . .

TERMPSREF

**IT IS ORDERED:**

(1)　Petitioner's Application to Proceed In Forma Pauperis (Doc. 4) is **granted**.

(2)　The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1) and this Order upon the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.  The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondent pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(3)　Respondent Jason Gunther must answer the Petition within **20 days** of the date of service.  Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(4)　Within **10 days** of the date of service, Respondent Jason Gunther must provide the Court with a copy of Petitioner's current inmate account balance.

(5)　Regarding courtesy copies of documents for chambers, Respondent is directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF."  CM/ECF Admin. Man. § II(D)(3) (emphasis added).  *See* http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.

(6)　Petitioner may file a reply within 30 days from the date of service of the answer.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

TERMPSREF

1       (7)    This matter is referred to Magistrate Judge Alison S. Bachus pursuant to

2   Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a

3   report and recommendation.

4       Dated this 20th day of August, 2025.

5

6

7

8                                      James A. Teilborg
                             Senior United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28